**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Brooke Crocker,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>        Defendant. | No. CV-20-00092-TUC-SHR (DTF)<br><br>**Order Granting Joint Stipulation to Award Attorney Fees Under the Equal Access to Justice Act** |

Plaintiff, Stephanie Brooke Crocker, and Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, have jointly stipulated that the Court award Plaintiff $6,300.00 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  Having reviewed the Stipulation (Doc. 32), and good cause appearing,

**IT IS ORDERED** pursuant to joint Stipulation (Doc. 32), Defendant shall pay Plaintiff $6,300.00 in EAJA fees under 28 U.S.C. § 2412(d).

…

…

…

…

…

…

…

1     **IT IS FURTHER ORDERED** that if, after receiving the Court's EAJA fee order,
2    the Defendant determines upon effectuation of the Court's EAJA fee order that Plaintiff
3    does not owe a debt that is subject to offset under the Treasury Offset Program, the fees
4    will be made payable to Plaintiff's attorney, Meghan McNamara Miller. However, if
5    there is a debt owed that is subject to offset under the Treasury Offset Program, the
6    remaining EAJA fees after offset will be paid by a check made out to Plaintiff but
7    delivered to Plaintiff's attorney Meghan McNamara Miller.

8         Dated this 29th day of September, 2021.

Honorable Scott H. Rash
United States District Judge